DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 4:05CR00202-011 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Matt Johnson | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

A hearing was conducted on October 21, 2008, regarding a petition (docket #329) filed by the United States Probation Office regarding a violation of the defendant of the terms and conditions of supervised release. The defendant Matt Johnson and his counsel, Carolyn Kucharski appeared.

A report and recommendation of Magistrate Judge James S. Gallas was filed on August 15, 2008 (docket #331). The Court adopts the Magistrate Judge's Report and Recommendation and finds the defendant in violation of the conditions of supervised release.

(4:05CR00202-011)

      IT IS ORDERED that the defendant be committed to the custody of the Bureau of Prisons for a period of 12 months to run concurrently with the state sentence the defendant is currently serving.  Upon release from incarceration, the period of supervised release will continue and all other conditions of supervised release will remain in effect.

| | |
|---|---|
|  October 21, 2008 | */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |